[No. 27373-6-I. Division One. April 13, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. EDWARD ARMSTEAD, *Defendant*, JENELL EVETTE COLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04053-1, James A. Noe, J., entered November 2, 1990. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Kennedy, J.

[No. 25552-5-I. Division One. April 13, 1992.]

GARY WEST, *Respondent*, v. OAK HARBOR CIVIL SERVICE COMMISSION, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 89-2-00085-1, Richard L. Pitt, J., entered December 29, 1989. *Reversed* by unpublished opinion per Grosse, C.J., concurred in by Pekelis and Forrest, JJ.

[No. 27236-5-I. Division One. April 13, 1992.]

VINCENT REGIMBAL, *Appellant*, v. DAVID J. McINTYRE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-02034-7, Ricardo S. Martinez, J., entered October 8, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Baker and Kennedy, JJ.